**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS**

LOWER, LLC,

          Plaintiff,

          v.

NEW AMERICAN FUNDING, LLC,
ANDREW STEVEN ("DREW")
KOLMEIER, and AFRICA GIBB,

          Defendants.

Civil Action No. 5:25-CV-00206

## NOTICE OF SETTLEMENT

Plaintiff, Lower, LLC, respectfully notifies the Court that the parties have settled all matters in controversy among them in this case in principle and are currently documenting their agreement in final form.  Lower anticipates the parties' settlement agreement will be documented within 30 days.  In connection herewith, the parties have filed a joint motion to stay this case.

Dated: Dallas, TX
        June 13, 2025

John Kincade
Bressler, Amery & Ross, PC
16475 Dallas Parkway, Suite 555
Addison, TX 75001
(972) 737-6943
jkincade@bressler.com

and

  /s/ Gary A. Rubin
Gary Rubin (No. 24111147)
Mitchell Sandler PLLC
2020 K Street NW, Suite 760
Washington, DC 20006
(202) 886-5260
akaren@mitchellsandler.com
grubin@mitchellsandler.com

*Attorneys for Lower, LLC*

### Certificate of Service

I hereby certify that on June 13, 2025, a copy of the foregoing Notice of Settlement was served upon all counsel of record through the Court's electronic-filing system.

  /s/ Gary A. Rubin

2